48 So.2d 770

**Johnnie K. SEALS, alias Johnnie Thomas v. CITY OF BIRMINGHAM.**

**6 Div. 953.**

Court of Appeals of Alabama.
May 16, 1950.

Rehearing Denied June 20, 1950.

Geo. E. Trawick, of Birmingham, for appellant.

Chas. H. Brown, of Birmingham, for appellee.

HARWOOD, Judge.

Affirmed on authority of Fiorella v. City of Birmingham, post, p. 384, 48 So.2d 761.

Certiorari denied, 254 Ala. 514, 48 So.2d 770.